Certificate Number: 14912-FLM-DE-038026264

Bankruptcy Case Number: 23-05595



14912-FLM-DE-038026264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2023, at 5:31 o'clock PM EST, Stephanie Murray completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   December 16, 2023             By:    /s/Jai Bhatt

                                      Name:  Jai Bhatt

                                      Title: Counselor